UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE INOVIO PHARMACEUTICALS, INC. DERIVATIVE LITIGATION | Lead Case No. 2:20-cv-01962-GJP |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR <u>PRELIMINARY APPROVAL OF SETTLEMENT</u>**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Thomas J. McKenna with the Stipulation of Settlement dated March 31, 2023 (the "Stipulation"),[1] the exhibits attached thereto, the accompanying Memorandum of Law and all prior pleadings and proceedings, Plaintiffs in the above-captioned consolidated shareholder derivative action, derivatively on behalf of Inovio Pharmaceuticals, Inc. ("Inovio" or the "Company") hereby move this Court, at the United States District Court for the Eastern District of Pennsylvania, before the Honorable Gerald J. Pappert, located at 11614 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, for an Order: (1) granting preliminary approval of the proposed Settlement; (2) approving the Settling Parties' proposed form and method of giving notice of the Settlement to Current Inovio Stockholders; (3) scheduling a final hearing at which time the Court will consider (a) the Settling Parties' request for final approval of the Settlement, and entry of Order and Final Judgment, (b) Plaintiffs' Counsel's request for approval of the payment by Inovio to Plaintiffs' Counsel of the agreed-to amount of attorneys' fees and expenses, and (c) Plaintiffs' application for Service Awards; and (4) granting such other relief as the Court deems just and proper.

The Parties' agreed-upon form of proposed Preliminary Approval Order is attached as Exhibit B to the Stipulation. For the Court's convenience, the proposed Preliminary Approval Order is also submitted herewith. Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order and insert in paragraphs 3 and 11 a date for the Settlement Hearing that is at least fifty-five days after the date that the Court enters the order.

Dated: April 18, 2023                                  Respectfully submitted,

---

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation, which is attached as Exhibit 1 to the Declaration of Thomas J. McKenna in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

1

**DONOVAN LITIGATION GROUP, LLC**

*/s/ Michael D. Donovan*
Michael D. Donovan
1885 Swedesford Road
Malvern, PA 19355
Telephone: (610) 647-6067
Email: mdonovan@donovanlitigationgroup.com

*Local Counsel for Plaintiffs*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10016
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**BEGLEY, CARLIN** & **MANDIO, LLP**
Breandan Q. Nemec (#PA 208355)
680 Middletown Boulevard
Langhorne, PA 19047
Telephone: (215) 750-0110
Facsimile: (215) 750-0954
Email: mail@begleycarlin.com

*Counsel for Plaintiff Beheshti*

**THE ROSEN LAW FIRM, P.A.**

2

Jacob Goldberg (#PA 66399)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Counsel for Plaintiffs Devarakonda and Foster*

**PRIBANIC & PRIBANIC, LLP**
Vincent Coppola (#PA 50181)
513 Court Place
Pittsburgh, PA 15219
Telephone: (412) 281-8844
Facsimile: (412) 281-4740
Email: vcoppola@pribanic.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com

*Counsel for Plaintiff Fettig*

## **CERTIFICATE OF SERVICE**

    I, Michael D. Donovan, hereby certify that on April 19, 2023, I authorized a true and correct copy of the foregoing document, together with all attachments, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                            /s/ Michael D. Donovan
                                            Michael D. Donovan
                                            Donovan Litigation Group, LLC
                                            1885 Swedesford Road
                                            Malvern, PA 19355
                                            (610) 647-6067
                                            mdonovan@donovanlitigationgroup.com