UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE INOVIO PHARMACEUTICALS, INC. DERIVATIVE LITIGATION | Lead Case No. 2:20-cv-01962-GJP |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR
<u>FINAL APPROVAL OF SETTLEMENT</u>**

PLEASE TAKE NOTICE that upon the accompanying Joint Declaration of Thomas J. McKenna and Timothy Brown ("Joint Declaration"), together with the Stipulation of Settlement dated March 31, 2023 (the "Stipulation")[1], the exhibits attached thereto, the accompanying Memorandum of Law and all prior pleadings and proceedings, Plaintiffs in the above-captioned consolidated shareholder derivative action, derivatively on behalf of Inovio Pharmaceuticals, Inc. ("Inovio" or the "Company") hereby move this Court, pursuant to Rule 23.1(c), at the United States District Court for the Eastern District of Pennsylvania, before the Honorable Gerald J. Pappert, located at 11614 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, to enter the [Proposed] Order and Final Judgment attached as Exhibit D to the Stipulation, which grants final approval of the Settlement in its entirety, including Plaintiffs' Counsel's Fee and Expense Amount and Plaintiffs' Service Awards, for the reasons set forth in the accompany Memorandum of Law, Joint Declaration and supporting papers, filed concurrently herewith.

Dated: September 13, 2023

Respectfully submitted,

**DONOVAN LITIGATION GROUP, LLC**

*/s/ Michael D. Donovan*
Michael D. Donovan
1885 Swedesford Road
Malvern, PA 19355
Telephone: (610) 647-6067
Email: mdonovan@donovanlitigationgroup.com

*Local Counsel for Plaintiffs*

---

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation, which is attached as Exhibit 1 to the Declaration of Thomas J. McKenna in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (ECF No. 8-2).

1

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*

**BEGLEY, CARLIN** & **MANDIO, LLP**
Breandan Q. Nemec (#PA 208355)
680 Middletown Boulevard
Langhorne, PA 19047
Telephone: (215) 750-0110
Facsimile: (215) 750-0954
Email: mail@begleycarlin.com

*Local counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
New York, NY 10016
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Jacob Goldberg (#PA 66399)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Counsel for Plaintiffs Devarakonda and Foster*

**PRIBANIC & PRIBANIC, LLP**
Vincent Coppola
Penn. Attorney NO. 50181

2

513 Court Place
Pittsburgh, PA 15219
Telephone: (412) 281-8844
Facsimile: (412) 281-4740
Email: vcoppola@pribanic.com

*Local Counsel for Plaintiff Brandon Fettig*

-and-

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com

*Counsel for Plaintiff Brandon Fettig*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

*/s/ Michael D. Donovan*
Michael D. Donovan